THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES LIVIO.— Preference granted for March 3, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of JACK HOFFMAN for the Dissolution of HOME RADIO SERVICE, INC., a Domestic Corporation.— Motion granted. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

CHARLTON MILLS v. DAVID FRANK.— Motion denied. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

GEORGE W. HOWELL and Another v. MILDRED A. TAYLOR and Others.— Motion granted, on condition that the appellants within five days from entry of order file an undertaking with sufficient sureties to secure payment of the judgment, with interest and costs, in the sum of $3,500. Otherwise, motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

FRIEDA R. LAGES, as Administratrix, etc., v. THE CITY OF NEW YORK.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before February 28, 1931. Present — Dowling, P. J., McAvoy, Martin, O'Malley and Sherman, JJ.

INTERNATIONAL-MADISON BANK AND TRUST COMPANY, Appellant, v. EAGLE INDEMNITY COMPANY and ROYAL INDEMNITY COMPANY, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, McAvoy, Martin and O'Malley, JJ.

JAMES A. TILLMAN, Respondent, v. THE NATIONAL CITY BANK OF NEW YORK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, O'Malley and Sherman, JJ.; Dowling, P. J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES T. BAIRD and Others, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

IRVING A. SIESS and Another, Respondents, v. CATHERINE F. SMITH, Appellant.— Order modified by denying the motion to strike out the first partial defense contained in paragraph 12 of the amended answer, and as so modified affirmed, with ten dollars costs and disbursements to the appellant, with leave to defendant to serve an amended answer within ten days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

GEORGE GILLMAN, Doing Business, etc., Respondent, v. BROAD BROOK COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ. [137 Misc. 685.]

THOENS & FLAUNLACHER, INC., Respondent, v. BENJAMIN G. FELSBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.

JEANETTE SILVERMAN, Respondent, v. ROSE DANSKER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Sherman, JJ.